David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>WARNER BROS. DISCOVERY, INC.,<br><br>*Defendant*. | CIV. NO.   24-4750<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that it is 100% owned by Patent Asset Management, LLC.


Dated: June 21, 2024                             Respectfully submitted,
                                                 **KLUGER HEALEY, LLC**
                                                 521 N\ewman S\prings R\oad, S\uite 23
                                                 L\incroft, NJ  07738
                                                 Tel:    (973) 307-0800
                                                 Fax:    (888) 635-1653
                                                 dward@klugerhealey.com


                                          By:   /s David A. Ward
                                                 DAVID A. WARD