```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24cv1102 (DLC)
QUANTUM TECHNOLOGY INNOVATIONS, LLC,     :   24cv1103 (DLC)
                                         :   24v4745  (DLC)
                         Plaintiff,      :   24cv4750 (DLC)
              -v-                        :   24cv4679 (DLC)
                                         :
PANDORA MEDIA, LLC,                      :       ORDER
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
                                         :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,     :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
SHOWTIME NETWORKS, INC., et al.,         :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
                                         :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,     :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
AMC NETWORKS, INC.                       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
                                         :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,     :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
WARNER BROS. DISCOVERY, INC.,            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

```
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                         Plaintiff,   :
         -v-                          :
                                      :
BROADWAY HD, LLC.                     :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On June 29, 2024, plaintiff filed a letter indicating that each of the above-captioned cases are related. The actions against Showtime Networks, Broadway HD, AMC Networks, and Warner Bros. Discovery have since been accepted as related to the action against Pandora Media (24cv1102) ("Pandora Action") and reassigned to this Court. On July 1, the defendant filed a motion to dismiss in the Pandora Action and an Order was issued setting a deadline of July 26 for plaintiff to file any amended complaint or oppose the motion, and indicating that plaintiff is unlikely to have a further opportunity to amend. Accordingly, is hereby

ORDERED that by July 17, the parties shall show cause why a) these actions should not be consolidated and b) why motion practice should not be stayed in 24cv1103, 24cv4745, 24cv4750, and 24cv4679 until the resolution of motion practice in the

Pandora Action.

Dated: New York, New York
       July 11, 2024

                                              _____
                                                      DENISE COTE
                                              United States District Judge