```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    24cv4750 (DLC)
                                          :    24cv6027 (DLC)
IN RE QUANTUM TECHNOLOGY INNOVATIONS      :
LLC PATENT LITIGATION                     :       ORDER OF
                                          :    DISCONTINUANCE
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 16, 2024 consolidated cases 24cv4679, 24cv4750, and 24cv6027 for purposes of pretrial case management. Broadway HD, LLC ("Broadway HD") was directed to respond to the complaint in 24cv4679 by September 9. Motion practice was stayed in all cases except for 24cv4679.

On November 21, the parties stipulated to the dismissal with prejudice of the case in 24cv4679. On November 26, it was reported to this Court that both 24cv4750 and 24cv6027 have been settled. Accordingly, it is hereby

ORDERED that 24cv4750 and 24cv6027 are discontinued without costs to any party and without prejudice to restoring the actions to this Court's calendar if the application to restore is made by December 20, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:  New York, New York
December 2, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge