# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION** | 24cv4679 (DLC)<br>24cv4750 (DLC)<br>24cv6027 (DLC) |

## JOINT MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between Plaintiff Quantum Technology Innovations, LLC and Defendant Warner Bros. Discovery, Inc., that the foregoing action be dismissed **with prejudice**. Each Party will bear its own costs, expenses, and attorneys' fees.

February 27, 2025

                                     Respectfully submitted,

                                     */s/ David A. Ward*
                                     David A. Ward
                                     **KLUGER HEALEY, LLC**
                                     521 Newman Springs Road, Suite 23
                                     Lincroft, New Jersey 07738
                                     732-852-7500
                                     Attorneys for Plaintiff
                                     Dward@klugerhealey.com

                                     *Counsel for Plaintiff Quantum Technology Innovations LLC*

So ordered.
[signature]
3/3/25

Case 1:24-cv-04750-DLC   Document 31   Filed 03/01/25   Page 2 of 2

Dated: March 1, 2025					Respectfully submitted,

/s/  *Stuart W. Yothers*
Stuart W. Yothers
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306
Email: syothers@jonesday.com

*Counsel for Defendant Warner Bros. Discovery, Inc.*

Case 1:24-cv-04750-DLC   Document 31   Filed 03/01/25   Page 2 of 2